Dismissed and Memorandum Opinion filed July 31, 2008








Dismissed
and Memorandum Opinion filed July 31, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00344-CV

____________

 

EUNICE TAYLOR, Appellant

 

V.

 

FORREST LAKE TOWNHOUSE ASSOCIATION, INC., Appellee

 



 

On Appeal from the
80th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-12054

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 22, 2008.  On July 18, 2008,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed July 31,
2008.

Panel consists of Justices Yates, Anderson, and Brown.